UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

*In Re Subpoena* in                          )
                                             )
UNITED STATES OF AMERICA                     )
c/o United States Attorney                   )
555 4th Street,  N.W.                         )
Washington, DC  20530                        )
                                             )
            v.                               )        Misc. Action No. 08-203
                                             )
Terrence Gladdin                             )
c/o Pat Cresta-Savage                        )
Attorney at Law                              )
503 D Street N.W.                            )
Washington DC 20001                          )
                                             )
            Defendant.                       )
_____            )

**NOTICE OF DISMISSAL**

    Counsel for Terrence Gladdin has advised the United States that she no longer seeks to

enforce the relevant subpoena against Glenda Lee, an employee of the Court Services and

Offender Supervision Agency.  Therefore, pursuant to Federal Rule of Civil Procedure 41(a), the

United States dismisses this action as moot.

                        Respectfully submitted,


                        _____
                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney


                        _____
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        /s/ Harry B. Roback_____
                        HARRY B. ROBACK, DC Bar #485145
                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2008, service of the foregoing Notice of Dismissal

has been made on Defendant by mailing a copy thereof to:

Pat Cresta-Savage
Attorney at Law
503 D Street N.W.
Washington DC 20001


 /s/ Harry B. Roback
Harry B. Roback
Assistant United States Attorney